```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

v.            No. 5:13-cr-50049-001

**ALAN BERGER**                                         DEFENDANT

### O R D E R

Now on this 4th day of October 2013, comes on for consideration the government's **Unopposed Motion To Dismiss** (document #25). The Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the Indictment against Alan Berger in this matter is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                   JIMM LARRY HENDREN
                                   UNITED STATES DISTRICT JUDGE